NUMBER 13-07-033-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


WOODROW WILSON WILLIAMS, Appellant,


v.



WARDEN L. MASSEY, ET AL., Appellees.

________________________________________________________


On appeal from the 411th District Court of Polk County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellant, WOODROW WILSON WILLIAMS, perfected an appeal from a judgment
entered by the 411th District Court of Polk County, Texas, in cause number CIV-22920. 
After the record was filed, appellant filed a motion to dismiss the appeal. In the motion,
appellant states that he no longer wishes to prosecute this appeal. Appellant requests that
this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of August, 2007.